# Exhibit C

# ZERO WASTE USA, INC.

424 Commerce Lane #6
West Berlin, NJ 08091
TEL: 800-813-4869
FX: 800-789-6619
www.ZeroWasteUSA.com



# Invoice

| Date | Invoice # |
|---|---|
| 8/20/2010 | 7826 |

| Bill To |
|---|
| City Of Olivette<br>Andy Fleck<br>9723 Grandview Drive<br>Olivette, MO 63132 |

| Ship To |
|---|
| City Of Olivette<br>Andy Fleck<br>9723 Grandview Drive<br>Olivette, MO 63132 |

### PLEASE MAKE ALL CHECKS PAYABLE TO "Zero Waste USA, Inc."

| P.O. Number | Terms | Rep | Ship | Via | Project |
|---|---|---|---|---|---|
| phone | Net 30 | | 6/1/2010 | UPS | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | JJB009-MZW | ROLL BAG case of 2000(10 x 200) logo<br>Shipped On: 08/20/2010 Tracking #:<br>1ZAV73570359078554 | 54.00 | 108.00 |
| | Shipping | | 15.49 | 15.49 |

APPROVED FOR PAYMENT
BY: _____ DT: 8-24-10
CODE: 303100/C250
DESCRIPTION: Dog waste bags
CM: TMM DT: 9/1/10

#48024
9/3/10

| EIN 26-4522159 | | | Total | $123.49 |

Olivette47

# ZERO WASTE USA, INC.

424 Commerce Lane #6, West Berlin, NJ 08091
12310 World Trade Dr. #107, San Diego, CA 92128
TEL: 800-813-4869
FAX: 800-789-6619
www.ZeroWasteUSA.com



# Invoice

| Date | Invoice # |
|---|---|
| 9/20/2010 | 8306 |

| Bill To | Ship To |
|---|---|
| City Of Olivette<br>Andy Fleck<br>9723 Grandview Drive<br>Olivette, MO 63132 | City Of Olivette<br>Andy Fleck<br>9723 Grandview Drive<br>Olivette, MO 63132 |

PLEASE MAKE ALL CHECKS PAYABLE TO "Zero Waste USA, Inc."

| P.O. Number | Terms | Rep | Ship | Via | Project |
|---|---|---|---|---|---|
| 43807884 | Net 30 | | 9/20/2010 | UPS | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3 | JJB009-MZW<br>Shipping | ROLL BAG case of 2000(10 x 200) logo<br>Shipped On: 09/20/2010 Tracking #:<br>1ZAV73570358970064 | 54.00<br>18.01 | 162.00<br>18.01 |

APPROVED FOR PAYMENT
BY: _____ DT: 10-11-10
CODE: 30-3100/C250
DESCRIPTION: dog waste bags
CM: _____ DT: 10/13/10

#4825    10/14/10

!!!! ATTENTION !!!!
PLEASE CHECK YOUR RECORDS FOR OUR NEW NUMBERS
TEL: 800-813-4869
FAX: 800-789-6619
www.ZeroWasteUSA.com

| EIN 26-4522159 | Total | $180.01 |
|---|---|---|

Olivette51